UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

      **Plaintiff,**

v.                                                      Case No:  5:16-cv-193-Oc-41PRL

**.26 ACRES OF LAND IN LAKE
COUNTY FLORIDA, UNKNOWN
HEIRS AND BENEFICIARIES OF
LILLIE EDWARDS, UNKNOWN
HEIRS AND BENEFICIARIES OF
FANNIE MAE JONES and UNKNOWN
OWNERS,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Final Summary Default Judgment (Doc. 25). United States Magistrate Judge Philip R. Lammens issued a Report and Recommendation (Doc. 26), recommending that the Court grant the motion. After a *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Motion for Final Summary Default Judgment (Doc. 25) is **GRANTED**.

3. **On or before December 13, 2016**, Plaintiff shall tender to the office of the Clerk of Court for the Middle District of Florida $300.00 via check made payable to:

"Clerk of the United States District Court for the Middle District of Florida." The check shall include the case number for this action.

4. Upon such payment by Plaintiff, title to Parcel FL-LA-080.000, as provided at Doc. 1-5, shall become vested in Plaintiff.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record